CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FATMA KURT,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>    Defendants. | Case No. 3:26-cv-00047 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 4, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. Dkt. No. 1. United States Citizenship and Immigration Services scheduled Plaintiff an interview for February 2, 2026. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 30, 2025).

Stipulation to Stay
C 3:25-cv-00047 LJC                     1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 4, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 15, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: January 15, 2026

/s/ Fatma Kurt
FATMA KURT
*Pro Se*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until May 4, 2026.

Date: January 29, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.