CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FATMA KURT,<br><br>          Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>          Defendants. | Case No. 3:26-cv-00047 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS; ORDER AS MODIFIED** |

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On January 29, 2026, the Court granted the parties' request to stay the proceedings. Dkt. No. 10. United States Citizenship and Immigration Services interviewed Plaintiff on February 2, 2026. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket. The parties propose the following briefing schedule:

1.     Defendants will file their response to Plaintiff's complaint by June 3, 2026.

2.     Defendants will file their motion for summary judgment by July 6, 2026.

3.     Plaintiff will file her cross-motion for summary judgment and opposition to Defendants' motion by August 5, 2026.

4.     Defendants will file their reply and opposition to Plaintiff's motion by August 19, 2026.

Joint Status Report and Stipulation
C 3:25-cv-00047 LJC                1

5.      Plaintiff will file her reply by September 2, 2026.

6.      The parties will notice a hearing on their cross motions for summary judgment for October 6, 2026, at 10:30 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: May 4, 2026                              Respectfully submitted,[1]

                                                CRAIG H. MISSAKIAN
                                                United States Attorney


                                                 /s/ Molly A. Friend
                                                MOLLY A. FRIEND
                                                Assistant United States Attorney
                                                Attorneys for Defendants


Dated: May 4, 2026                              /s/ Fatma Kurt
                                                FATMA KURT
                                                *Pro Se*


### ORDER AS MODIFIED

Pursuant to stipulation, IT IS SO ORDERED.


Date: May 5, 2026

                                                LISA J. CISNEROS
                                                United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 3:25-cv-00047 LJC                          2